UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-2121-Brown

08-20131-CR-Ungaro

UNITED STATES OF AMERICA
Plaintiff,

vs.

Jorge Luis Vera
Defendant.
_____/

## ORDER ON NEBBIA CONDITION

This matter is before this Court for consideration of satisfaction of Nebbia requirement as a condition of bond. The Government has indicated that it has no objections to the Nebbia Proffer as submitted. This Court has considered the Nebbia Proffer by the defendant. After being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the defendant's Nebbia Proffer is approved. The Nebbia condition has **been satisfied.**

DONE AND ORDERED this 11th day of Feb. 2008 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:   Hon.
      AUSA
      Defense
      U. S. Pretrial Services Office
      U. S. Marshal Service

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
           Plaintiff,           CASE NO.: 08-m-2121 Brown

v.

Jorge Luis Yera,
           Defendant.

_____

**GOVERNMENT'S AGREEMENT AND STIPULATION THAT THE NEBBIA
CONDITIONS OF THE BOND HAVE BEEN MET**

**COMES NOW**, the Defendant, Jorge Luis Yera, by and through undersigned counsel, files this government's agreement and stipulation that the Nebbia conditions of the bond have been met .

Undersigned Assistant U.S. Attorney has reviewed the Nebbia Proffer submitted by Defendant and is in agreement that the conditions have been met.

Signed,

Cristina Perez Lubiana
Assistant US Attorney

Signed,

Gustavo J. Garcia-Montes, Esq.
2333 Brickell Ave.
Suite A-1
Miami, FL 33129

GUSTAVO J. GARCÍA-MONTES, P.A.
LAW OFFICES

*2333 Brickell Ave*
*Suite A-1*
*Miami, Florida 33129*
*Phone: 305-666-2880*
*Fax: 786-662-3011*
*ggm@agmlawgroup.com*

Wednesday, February 06, 2008

Cristina Perez Lubiasa, AUSA
99 N.E. 4th Street
Miami, FL  33132

Ref. US v. Jorge Luis Yera

Dear Ms. Lubiasa:

Enclosed please find a Nebbia proffer and supporting affidavit.  Please let me know if you find that it meets the Nebbia requirement.

Please call me at (305) 666-2880, or at my cell at (305) 989-1137.

Sincerely,

Gustavo J. García-Montes, Esq.

UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED/SCANNED and are available in the SUPPLEMENTAL PAPER FILE

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. 08-20131-CR-Ungaro

Date 3/12/08

- ☐ **DUE TO POOR QUALITY**
- ☐ **VOLUMINOUS** (exceeds 999 pages = 4 inches)
  consisting of (boxes, notebooks, etc.) _____
- ☐ **BOUND EXTRADITION PAPERS**
- ☐ **ADMINISTRATIVE RECORD** (Social Security)
- ☐ **ORIGINAL BANKRUPTCY TRANSCRIPT**
- ☐ **STATE COURT RECORD/TRANSCRIPT** (Habeas Cases)
- ☐ **SOUTHERN DISTRICT TRANSCRIPTS**
- ☐ **LEGAL SIZE**
- ☐ **DOUBLE SIDED**
- ☐ **PHOTOGRAPHS**
- ☐ **SURETY BOND** (original or letter of undertaking)
- ☐ **CD's, DVD's, VHS Tapes, Cassette Tapes**
- ☒ **OTHER** = Nebbia documents containing personal information.